**No. 10-9952. George E. Brown, Jr., Petitioner v. United States.**

564 U.S. 1056, 132 S. Ct. 52, 180 L. Ed. 2d 921, 2011 U.S. LEXIS 5058.

July 25, 2011. Petition for rehearing denied.

Former decision, 563 U.S. 999, 131 S. Ct. 2471, 179 L. Ed. 2d 1231, 2011 U.S. LEXIS 3811.

**No. 10-10047. In re Harry Edwin Miles, Petitioner.**

564 U.S. 1056, 132 S. Ct. 52, 180 L. Ed. 2d 921, 2011 U.S. LEXIS 5069.

July 25, 2011. Petition for rehearing denied.

Former decision, 563 U.S. 986, 131 S. Ct. 2476, 179 L. Ed. 2d 1237, 2011 U.S. LEXIS 3571.

**No. 10-10084. James Armwood, Petitioner v. New Jersey.**

564 U.S. 1056, 132 S. Ct. 52, 180 L. Ed. 2d 921, 2011 U.S. LEXIS 5044.

July 25, 2011. Petition for rehearing denied.

Former decision, 563 U.S. 1026, 131 S. Ct. 2942, 180 L. Ed. 2d 233, 2011 U.S. LEXIS 4168.

**No. 10-10206. In re Michael Charles Ward, Petitioner.**

564 U.S. 1056, 132 S. Ct. 53, 180 L. Ed. 2d 921, 2011 U.S. LEXIS 5071.

July 25, 2011. Petition for rehearing denied.

Former decision, 563 U.S. 1007, 131 S. Ct. 2923, 179 L. Ed. 2d 1263, 2011 U.S. LEXIS 3966.

**No. 10-10324. David A. Cawthon, Petitioner v. United States.**

564 U.S. 1056, 132 S. Ct. 53, 180 L. Ed. 2d 921, 2011 U.S. LEXIS 5034.

July 25, 2011. Petition for rehearing denied.

Former decision, 563 U.S. 1039, 131 S. Ct. 2976, 180 L. Ed. 2d 258, 2011 U.S. LEXIS 4330.

**No. 10-10571. LaVonne Davis, Petitioner v. House of Representatives, Eleanor Holmes Norton's Office.**

564 U.S. 1056, 132 S. Ct. 53, 180 L. Ed. 2d 921, 2011 U.S. LEXIS 5077.

July 25, 2011. Petition for rehearing denied.

Former decision, 564 U.S. 1028, 131 S. Ct. 3043, 180 L. Ed. 2d 861, 2011 U.S. LEXIS 4753.

**No. 10-8731. Ronnie M. Lyles, Petitioner v. Mary Ann Vial Lemmon, et al.**

564 U.S. 1056, 132 S. Ct. 53, 180 L. Ed. 2d 921, 2011 U.S. LEXIS 5027.

July 25, 2011. Petition for rehearing denied. Justice Kagan took no part in the consideration or decision of this petition.

Former decision, 563 U.S. 929, 131 S. Ct. 1818, 179 L. Ed. 2d 794, 2011 U.S. LEXIS 2680.